**FILED & ENTERED**

APR 17 2019

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gooch      **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: <br> SYLVIA ANN ALVARADO, <br>              Debtor. | Case No.: 6:19-bk-11777-WJ <br> CHAPTER 13 <br> Adv. Proc. No. 6:19-ap-01061-WJ |
| SYLVIA ANN ALVARADO, <br>              Plaintiff. <br> v. <br> SECURED INCOME GROUP, INC., <br>              Defendant. | **REMAND ORDER** |

- 1 -

1   On April 17, 2019 at 2:00 p.m., the Court held a confirmation hearing in the chapter 13 bankruptcy case which is related to this adversary proceeding. All appearances were noted on the record. Among the matters discussed at the hearing was this related adversary proceeding. For the reasons stated on the record, the Court dismissed the bankruptcy case.

As for this matter, the debtor initiated litigation in state court against the defendant creditor, Secured Income Group, Inc. ("SIG") in March of 2019 (post-petition). SIG then filed a notice of removal given the filing of the underlying bankruptcy case. Given that the underlying bankruptcy case has now been dismissed, the adversary proceeding should be remanded.

At the hearing earlier today, counsel for SIG (who, again, removed this action) consented on the record to the Court remanding this matter back to the state court.

Accordingly, for all the reasons discussed on the record today, the Court hereby ORDERS, ADJUDGES and DECREES:

1. All litigation in this adversary proceeding is hereby immediately remanded back to the state court from which it was removed.

2. The clerk of this Court may close this adversary proceeding forthwith.

IT IS SO ORDERED.

###

Date: April 17, 2019

_____
Wayne Johnson
United States Bankruptcy Judge